UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE ARRINGTON,** | ) | Civil Action No. 1:12-cv-0264 |
| **Individually and on behalf of all** | ) | |
| **Similarly Situated Persons,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Judge Cathy Bissoon |
| | ) | |
| **COLORTYME, INC.,** | ) | Magistrate Susan Paradise Baxter |
| **CMG RENTALS, LLC, d/b/a ColorTyme** | ) | |
| **a franchisee of COLORTYME; and** | ) | |
| **JOHN DOES (1-100) COLORTYME** | ) | |
| **FRANCHISEES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses with prejudice all claims asserted herein by Plaintiff against ColorTyme, Inc. n/k/a Rent-A-Center Franchising International, Inc., CMG Rentals, LLC, and Joe Doe (1-100) Colortyme Franchisees, with each party to bear its own costs and attorneys' fees. This stipulation has been signed by all parties who have appeared, as required by the referenced rule.

Date: March 5, 2014                     Respectfully submitted,

                                        /s/ Maury Herman
                                        Maury Herman, Esquire
                                        Andrea S. Hirsch, Esquire
                                        **HERMAN GEREL, LLP**
                                        230 Peachtree Street, NW, Suite 2260
                                        Atlanta, GA 30303
                                        (404) 880-9500 Telephone
                                        (404) 880-9605 Facsimile
                                        ahirsch@hermangerel.com

                                        **COUNSEL FOR PLAINTIFF**

_____

*/s/ Jeffrey M. Tillotson*

---

Jeffrey M. Tillotson (*Pro Hac Vice*)
John Volney (*Pro Hac Vice*)
**LYNN TILLOTSON PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile
jmt@lynnllp.com
jvolney@lynnllp.com

and

Ansley S. Westbrook, II
**DINSMORE**
One Oxford Centre
301 Grant Street, Suite 2800
Pittsburgh, PA 15219
(412) 288-5864 Telephone
(412) 281-5055 Facsimile
ansley.westbrook@dinsmore.com

**COUNSEL FOR DEFENDANT COLORTYME, INC. n/k/a RENT-A-CENTER FRANCHISING INTERNATIONAL, INC.**

/s Wiilliam Woodward Webb
William Woodward Webb
**THE EDMISTEN WEBB & HAWES LAW FIRM**
PO Box 1509
Raleigh, NC 27602
919-831-8700
919-831-8749 (fax)
woodywebb@ew-law.com

and

Brian M. Mancos
**BURNS WHITE LLC**
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
412-995-3000
bmmancos@burnswhite.com

**COUNSEL FOR DEFENDANT
CMG RENTALS, LLC**

## CERTIFICATE OF SERVICE AND NOTICE

      I certify that a true and correct copy of the foregoing was served upon all parties of record via ECF on March 5, 2014.

                                                       /s Andrea S. Hirsch  
                                                      Andrea S. Hirsch

Case 1:12-cv-00264-CB-SPB   Document 76   Filed 03/05/14   Page 4 of 4